1/22/21
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUDY CORTEZ,<br><br>        Applicant,<br><br> v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>        Respondent. | No.   20-73369<br><br>Central District of California,<br>Los Angeles<br><br>ORDER<br>SACV20-2451-VAP(KK) |

Before:   McKEOWN, CALLAHAN, and BRESS, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition in the district court is denied as unnecessary because the applicant has not previously filed a 28 U.S.C. § 2254 habeas corpus petition in the district court challenging his conviction or sentence in Orange County Superior Court case number 07WF1609.

We express no opinion as to the merits of the applicant's claims or whether the procedural requirements of 28 U.S.C. §§ 2244(d) and 2254 are satisfied.

The Clerk will transfer the application filed at Docket Entry No. 1, to the United States District Court for the Central District of California, to be processed as a § 2254 petition. The petition is deemed filed in the district court on November 10, 2020, the date on which the application was delivered to prison authorities for forwarding to this court. *See* Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S.

266, 270 (1988); *Orona v. United States*, 826 F.3d 1196, 1198-99 (9th Cir. 2016) (AEDPA's statute of limitations period is tolled during pendency of an application).

Upon transfer of the application, the Clerk will close this original action.

Any pending motions are denied as moot.

No further filings will be entertained in this case.

**DENIED AS UNNECESSARY; APPLICATION TRANSFERRED to the district court.**