JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY CORTEZ, | Case No. SACV 20-2451-VAP (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action With Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: March 11, 2021

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge